**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1335**

———————————

CHARLOTTE LAWSON,

  Plaintiff - Appellant,

versus

LOYOLA COLLEGE,

  Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-99-2668-S)

———————————

Submitted: June 15, 2000      Decided: June 21, 2000

———————————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Charlotte Lawson, Appellant Pro Se. Thomas Christopher Dame, GALLAGHER, EVELIUS & JONES, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlotte Lawson appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed on appeal in forma pauperis and dismiss on the reasoning of the district court. See Lawson v. Loyola College, No. CA-99-2668-S (D. Md. Feb. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2